### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 8:08CR473** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **TODD CHARLES MATTHEWS,** | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Motion For Placement Into Treatment (#49). The defendant requests the court review the issue of detention and place the defendant in treatment at the Stephen Center. The motion is denied as the defendant has not proposed a funding source for treatment, and Pretrial Services has informed the court that they will not serve as the funding source.

**IT IS ORDERED** the defendant's Motion For Placement Into Treatment (#49) is denied without hearing.

Dated this 1st day of April 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge