## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR473** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **TODD CHARLES MATTHEWS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date for an additional 60 days (Filing No. 141).

IT IS ORDERED that the Defendant's motion to extend his self-surrender date (Filing No. 141) is denied.

DATED this 16th day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge