IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:08CR473 |
| vs. | |
| TODD CHARLES MATTHEWS, | RELEASE ORDER |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for October 17, 2019 at 1:00 p.m. before the Honorable Laurie Smith Camp, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

July 17, 2019.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge